BALONICK LAW OFFICE

Barney Balonick (SBN#277776)
Email: *bhb@balonicklaw.com*
10100 Santa Monica Boulevard
Suite 1700
Los Angeles, CA 90067
Telephone: (310)703-1755
Facsimile: (310)703-1799

Attorneys for Social Reality
SOCIAL REALITY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| SOCIAL REALITY, INC., | Case No.: 2:17-CV-05089-MWF (SSx) |
| Plaintiff, | ORDER |
| vs. | |
| ADAM JOHNSON and OpTi, LLC | |
| Defendant | |

And related Counterclaim

THIS CAUSE COMING TO BE HEARD on the Parties' Stipulation for Protective Order, the Court fully advised in the premises, and good cause being shown, it is hereby Ordered the Stipulation for Protective Order is entered forthwith. IT IS SO ORDERED.

Date: 3/19/18

\_\_/S/ SUZANNE H. SEGAL_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on March  16 2018, the Stipulation for Protective Order was mailed via regular U.S. Mail and electronic mail to all counsel as follows:

Cole D. Bond
Keating Muething & Klekamp PLL
One East 4th Street
Suite 1400
Cincinnati, OH 45202
Email: CBond@KMKLAW.com

Laurie DeYoung
(ldeyoung@grsm.com) Sonia J. Taylor (staylor@grsm.com) Gordon Rees Scully Manukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Counter-Defendant Social Reality, Inc*.

By: *Barney Balonick*

BALONICK LAW OFFICE
Barney Balonick
Email: bhb@balonicklaw.com

10100 Santa Monica Boulevard
Suite 1700
Los Angeles, CA 90067
Telephone:  (310)703-1755
Facsimile:   (310)703-1799