BALONICK LAW OFFICE

Barney Balonick (SBN#277776)
Email: *bhb@balonicklaw.com*
10100 Santa Monica Boulevard
Suite 1700
Los Angeles, CA 90067
Telephone: (310)703-1755
Facsimile: (310)703-1799


Attorneys for Social Reality
SOCIAL REALITY, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| SOCIAL REALITY, INC., | Case No.: 2:17-CV-05089-MWF-SS |
| Plaintiff, | [~~PROPOSED~~] ~~XXXXXXXXX~~ ORDER |
| vs. | |
| ADAM JOHNSON and OpTi, LLC | |
| Defendant | |

And related Counterclaim

## ORDER OF DIMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), the Court fully advised in the premises, IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, as to all claims, defenses, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 7th, 2018

_____
Michael W. Fitzgerald
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on March __, 2018, the Stipulation for Protective Order was mailed via regular U.S. Mail and electronic mail to all counsel as follows:

Cole D. Bond
Keating Muething & Klekamp PLL
One East 4th Street
Suite 1400
Cincinnati, OH 45202
Email: CBond@KMKLAW.com

Laurie DeYoung (ldeyoung@grsm.com) Sonia J. Taylor (staylor@grsm.com) Gordon Rees Scully Manukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Counter-Defendant Social Reality, Inc.*

By:

BALONICK LAW OFFICE
Barney Balonick
Email: bhb@balonicklaw.com

10100 Santa Monica Boulevard
Suite 1700
Los Angeles, CA 90067
Telephone: (310)703-1755
Facsimile: (310)703-1799